Argued and submitted February 13, affirmed as modified March 22, 1989

In the Matter of the Marriage of

MOHR,
*Appellant,*
*and*

MOHR,
*Respondent.*

(CV 88-0006; CA A49198)

770 P2d 616

James M. Brown, Salem, argued the cause for appellant. With him on the brief was Harold S. Harding, Corvallis.

James R. Park, Corvallis, argued the cause and filed the brief for respondent.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Wife appeals from a judgment of dissolution, contending that the trial court erred in its award of child custody, the family residence, and child and spousal support and in failing to award attorney fees to wife. On *de novo* review, we modify the child support award.

Husband's disposable income is $1,730 per month. The trial court awarded wife spousal support of $150 per month for 36 months. Husband was awarded custody of the parties' two minor children. Their needs are $800 per month. The trial court awarded child support payable by wife of $260 per month. Wife's disposable monthly income is $890 per month. After receiving spousal support and paying child support, she would have $780 per month to live on. In contrast, husband has $1,040 per month after the needs of the children are met. While both parents have a duty to support their children, they should leave this 22-year marriage with comparable standards of living. *Pierce and Pierce,* 70 Or App 24, 28, 688 P2d 114 (1984). Accordingly, we modify the amount of child support wife must pay to $65 per month per child.[1]

Judgment modified to fix child support at $65 per month per child; affirmed as modified. Costs to wife.

---

[1] We have made these calculations:

|  | Husband | Wife |
|---|---|---|
| Monthly Disposable Income | + $1,730 | + $ 890 |
| Monthly Spousal Support Awarded to Wife by Trial Court (36 months) | − 150 | + 150 |
| Monthly Needs of Children (Trial Court Awarded Custody to Husband) | − 800 | |
| Monthly Child Support Awarded Against Wife by Trial Court | + 260 | − 260 |
| Monthly Disposable Income Remaining | + $1,040 | + $ 780 |

When the total amount of monthly child support wife must pay is adjusted to $130, wife and husband each have $910 net monthly disposable income.